*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-10-00593-CV

Evelyn Mawuwoe **LARBIE**,
Appellant

v.

Derek **LARBIE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03990
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2011

DISMISSED

Appellant, Evelyn Larbie, filed a motion to dismiss her appeal citing the August 11, 2011 order of the United States District Court for the Western District of Texas, in Cause No. SA-11-CA-160-OG, styled Evelyn M. Larbie, Petitioner v. Derek Larbie, Respondent. We grant the motion and dismiss the appeal.

PER CURIAM